
ELECTRONIC

**Aug 10, 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# 12-20592-CR-ALTONAGA/SIMONTON
CASE NO. _____

18 U.S.C. § 371
18 U.S.C. § 554
18 U.S.C. § 924(d)(1)

**UNITED STATES OF AMERICA**

vs.

**ANDRES CAMPO and
CARLOS RIOS,**

       **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

From in or around 2008, the exact date being unknown to the Grand Jury, through on or about July 26, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

### ANDRES CAMPO and
### CARLOS RIOS,

did knowingly and willfully conspire with each other and with other persons known and unknown to the Grand Jury to receive, conceal, buy, and facilitate the transportation and concealment of merchandise and articles, that is, firearms and firearms parts, prior to exportation, knowing the same to be intended for exportation contrary to any law and regulation of the United States, in violation of Title 18, United States Code, Section 554.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish its purpose, at least one of the conspirators committed and caused to be committed in the Southern District of Florida at least one of the following overt acts, among others:

1.    On or about April 30, 2008, Erik Comesana received a FN Five-Seven semi-automatic pistol from Florida Armory, Inc., 8870-3 S.W. 40th Street, Miami, Florida.

2.    On or about April 30, 2008, Erik Comesana received a Kel-Tec PLR-16 semi-automatic pistol from South Dade Jewelry & Gun Exchange, Inc., 20848 South Dixie Highway, Miami, Florida.

3.    On or about March 11, 2008, Erik Comesana received a Kel-Tec PLR-16 semi-automatic pistol, from I.N.J. Enterprises, Inc., 200 S.W. 25th Street, Fort Lauderdale, Florida.

4.    On or about June 5, 2008,  Erik Comesana received a FN Five-Seven semi-automatic pistol, from I.N.J. Enterprises, Inc., 200 S.W. 25th Street, Fort Lauderdale, Florida.

5.    On or about October 8, 2009, Erik Comesana received a Kel-Tec PLR-16 semi-automatic pistol from D.B.A. Charlie's Armory, 7147 West Flagler Street, Miami, Florida.

6.    On or about October 27, 2009, Michael Romero received a DPMS AR-15 receiver and a FN Five Seven semi-automatic pistol at Florida Armory Inc., 8870-3 S.W. 40th Street, Miami, Florida.

7.    On or about May 27, 2011, **ANDRES CAMPO** instructed David Loaiza to transport

2

firearm parts to Miami-Dade County.

8.   On or about May 27, 2011, David Loaiza did transport firearm parts to Miami-Dade County.

9.   On or about May 30, 2011, **ANDRES CAMPO** and **CARLOS RIOS** maintained in their possession firearm parts and tools inside a garage located at 340 N.W. 132nd Avenue, Miami, Florida.

10.  On or about July 4, 2012, **ANDRES CAMPO** and **CARLOS RIOS** did maintain in their possession firearm parts inside a residence located at 3320 SW 132nd Avenue, Miami, Florida.

11.  On or about July 26, 2011, **ANDRES CAMPO** and **CARLOS RIOS** did possess an AR-15 upper receiver in a vehicle located in Miami Dade County.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about May 27, 2011, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ANDRES CAMPO and
CARLOS RIOS,**

did knowingly receive, conceal, buy, and facilitate the transportation and concealment of merchandise and articles, that is, firearm parts, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, in violation of Title 18, United States Code, Sections 554 and 2.

## COUNT 3

On or about July 4, 2012, in Miami-Dade County, in the Southern District of Florida, the

3

defendants,

**ANDRES CAMPO and
CARLOS RIOS,**

did knowingly receive, conceal, buy, and facilitate the transportation and concealment of merchandise and articles, that is, firearm parts, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, in violation of Title 18, United States Code, Sections 554 and 2.

## COUNT 4

On or about July 26, 2012, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ANDRES CAMPO and
CARLOS RIOS,**

did knowingly receive, conceal, buy, and facilitate the transportation and concealment of merchandise and articles, that is, a firearm part, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, in violation of Title 18, United States Code, Sections 554 and 2.

## CRIMINAL FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **ANDRES CAMPO** and **CARLOS RIOS**, have an interest.

2.      Upon the conviction of a violation of, or a conspiracy to violate, Title 18, United States Code, Section 554, as alleged in Counts 1 through 4 of this Indictment, the defendants shall forfeit to the United States all of their respective right, title and interest in any property, real or personal, which constitutes or is derived from proceeds traceable to such violation pursuant to Title

18, United States Code, Section 981(a)(1)(C), as made applicable by Title 28, United States Code, Section 2461(c).

     3.     The property that is subject to forfeiture includes, but is not limited to:

          a.     One (1) Taurus Model 82 .38 caliber revolver;

          b.     Five (5) rounds Speer .38 caliber ammunition; and

          c.     One (1) round Federal .38 caliber ammunition.

All pursuant to Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C), as made applicable by Title 28, United States Code, Section 2461(c), and the procedures set forth at Title 21, United States Code, Section 853.

                        A TRUE BILL

                        FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ANTHONY W. LACOSTA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| ANDRES CAMPO and CARLOS RIOS, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____ **Defendants.** _____ / | **Case Information:** |

**Court Division:** (Select One)

| X | Miami | ____ | Key West |
|---|---|---|---|
| ____ | FTL | ____ WPB | ____ FTP |

New Defendant(s)          Yes _____   No _____
Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No)      No
   List language and/or dialect      _____

4. This case will take _4-5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

| I | 0 to 5 days | X | Petty | _____ |
|---|---|---|---|---|
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | X |
| V | 61 days and over | _____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)      No
   If yes:
   Judge: _____      Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?      (Yes or No)      Yes
   If yes:
   Magistrate Case No.      11-mj-2694-TEB
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of      July 26, 2012
   Defendant(s) in state custody as of _____
   Rule 20 from the _____      District of _____

   Is this a potential death penalty case? (Yes or No)      No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes    X   No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes    X   No

_by: _____
ANTHONY W. LACOSTA
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500698

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  ANDRES CAMPO**

**Case No:**

Count 1:

Conspiracy to Unlawfully Export Merchandise

Title 18, United States Code, Section 371

**\*Max. Penalty:**  Five Years' Imprisonment

Counts 2, 3 & 4:

Unlawful Exportation of Merchandise

Title 18, United States Code, Section 554

**\*Max. Penalty:**  Ten Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name: **CARLOS RIOS**

Case No:

Count 1:

Conspiracy to Unlawfully Export Merchandise

Title 18, United States Code, Section 371

**\*Max. Penalty:**  Five Years' Imprisonment

Counts 2, 3 & 4:

Unlawful Exportation of Merchandise

Title 18, United States Code, Section 554

**\*Max. Penalty:**  Ten Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**